IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONSOLIDATED ELECTRICAL CONTRACTORS & ENGINEERS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:04-cv-36-F WO |
| GENERAL KANTRAX, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is hereby entered in favor of the Plaintiff and against Defendant General Kantrax, Inc.

2. Plaintiff shall have and recover damages in the amount of $370,919.06 and prejudgment interest in the amount of $90,531.09 on its claims against Defendant General Kantrax, Inc.

3. Plaintiff shall have and recover the sum of $17,512.50 in attorneys' fees and expenses from Defendant General Kantrax, Inc.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 18th day of April, 2005.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE